IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   William Douglas Meadows                              Case No. 23-50567-KMS
         Alma Yolanda Islas-Meadows, Debtors                          CHAPTER 13

## NOTICE

Debtors have filed papers with the court to suspend their bankruptcy payments. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to suspend the payments, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Suspend Plan Payments.

Date: April 9, 2025          Signature:   /s/ Thomas C. Rollins, Jr.
                                          Thomas C. Rollins, Jr. (MSBN 103469)
                                          Jennifer A Curry Calvillo (MSBN 104367)
                                          The Rollins Law Firm, PLLC
                                          P.O. Box 13767
                                          Jackson, MS 39236
                                          trollins@therollinsfirm.com
                                          601-500-5533

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    William Douglas Meadows                         Case No. 23-50567-KMS
             Alma Yolanda Islas-Meadows, Debtors               CHAPTER 13

## MOTION TO SUSPEND PLAN PAYMENTS

COME NOW, Debtors, by and through counsel, and move this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.
2. Debtors are requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of May and June 2025.
3. Co-Debtor had unexpected medical expenses. As such, Debtors cannot afford to make the monthly plan payment. Debtors will be able to resume making payments beginning in July 2025.
4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

                                                  Respectfully submitted

                                                  /s/ Thomas C. Rollins, Jr.
                                                  Thomas C. Rollins, Jr. (MSBN 103469)
                                                  Jennifer A Curry Calvillo (MSBN 104367)
                                                  The Rollins Law Firm, PLLC
                                                  P.O. Box 13767
                                                  Jackson, MS 39236
                                                  trollins@therollinsfirm.com
                                                  601-500-5533

<u>CERTIFICATE OF SERVICE</u>

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Suspend Plan Payments was forwarded on April 9, 2025, to:

By Electronic CM/ECF Notice:

  Chapter 13 Case Trustee

  U.S. Trustee

             <u>/s/ Thomas C. Rollins, Jr.</u>
             Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>WILLIAM DOUGLAS MEADOWS<br>ALMA YOLANDA ISLAS MEADOWS | CASE NO: 23-50567-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 4/9/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/9/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401
601 500 5533
trollins@therollinsfirm.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 23-50567-KMS |
|---|---|
| WILLIAM DOUGLAS MEADOWS<br>ALMA YOLANDA ISLAS MEADOWS | **CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 4/9/2025, a copy of the following documents, described below,

Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/9/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 23-50567-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>WED APR 9 9-14-22 PST 2025 | KEESLER FEDERAL CREDIT UNION<br>CO ROBERT ALAN BYRD<br>PO BOX 1939<br>BILOXI  MS 39533-1939 | PRA  RECEIVABLES MANAGEMENT LLC<br>POB 41067<br>NORFOLK  VA 23541-1067 |
| EXCLUDE<br>(U)RELIANCE FIRST CAPITAL  LLC | EXCLUDE<br>US BANKRUPTCY COURT<br>DAN M RUSSELL  JR US COURTHOUSE<br>2012 15TH STREET  SUITE 244<br>GULFPORT  MS 39501-2036 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 |
| AMEX<br>PO BOX 981540<br>EL PASO  TX 79998-1540 | CHASE CARD SERVICES<br>ATTN BANKRUPTCY<br>PO 15298<br>WILMINGTON  DE 19850-5298 | CITIBANKBEST BUY<br>ATTN BANKRUPTCY<br>PO BOX 790034<br>ST LOUIS  MO 63179-0034 |
| COMENITY BANKPIER 1<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | COMENITY CAPITALGEM<br>ATTN BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS  OH 43218-2125 | DEPARTMENT OF TREASURY  INTERNAL REVENUE SE<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 |
| (P)DOVENMUEHLE MORTGAGE<br>1 CORPORATE DRIVE SUITE 360<br>LAKE ZURICH IL 60047-8945 | GOLDMAN SACHS BANK USA<br>ATTN BANKRUPTCY<br>PO BOX 70379<br>PHILADELPHIA  PA 19176-0379 | GREAT LAKES<br>PO BOX 7860<br>MADISON  WI 53707-7860 |
| (P)HANCOCK WHITNEY BANK<br>ATTN ANNE JAMES<br>2510 14TH STREET 2ND FLOOR<br>GULFPORT MS 39501-1948 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | JPMORGAN CHASE BANK  NA<br>SBMT CHASE BANK USA  NA<br>JPMC CO NATIONAL BANKRUPTCY SERVICES<br>PO BOX 9013<br>ADDISON  TEXAS 75001-9013 |
| JPMORGAN CHASE BANK  NA SBMT CHASE BANK<br>ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  PA<br>6409 CONGRESS AVENUE  SUITE 100<br>BOCA RATON  FL 33487-2853 | (P)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | KEESLER FEDERAL CREDIT UNION<br>PO BOX 7001<br>BILOXI  MS 39534-7001 |
| (P)LENDINGPOINT<br>1201 ROBERTS BLVD<br>SUITE 200<br>KENNESAW GA 30144-3612 | LIGHTSTREAM  A DIVISION OF TRUIST BANK<br>PO BOX 1847<br>WILSON  NC 27894-1847 | MIDLAND CREDIT MANAGEMENT  INC<br>PO BOX 2037<br>WARREN  MI 48090-2037 |
| MISSISSIPPI DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>POST OFFICE BOX 22808<br>JACKSON  MS 39225-2808 | NATALIE BROWN  ESQ<br>RUBIN LUBLIN  LLC<br>FOR RELIANCE FIRST CAPITAL  LLC<br>428 NORTH LAMAR BLVD  SUITE 107<br>OXFORD  MS 38655-3221 | NETCREDIT<br>175 W JACKSON BLVD<br>SUITE 1000<br>CHICAGO  IL 60604-2863 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
OCHSNER HEALTH SYSTEM              ONEMAIN FINANCIAL                  ONEMAIN FINANCIAL GROUP   LLC
PO BOX 190                         ATTN BANKRUPTCY                    ONEMAIN
LA PORTE   IN 46352-0190           PO BOX 3251                        PO BOX 3251
                                   EVANSVILLE  IN 47731-3251          EVANSVILLE   IN 47731-3251


PRA RECEIVABLES MANAGEMENT   LLC AS   QUANTUM3 GROUP LLC AS AGENT FOR    QUANTUM3 GROUP LLC AS AGENT FOR
AGENT OF                              COMENITY CAPITAL BANK              SADINO FUNDING LLC
PORTFOLIO RECOVERY ASSOCIATES  LLC    PO BOX 788                         PO BOX 788
PO BOX 41067                          KIRKLAND  WA  98083-0788           KIRKLAND  WA  98083-0788
NORFOLK  VA 23541-1067


EXCLUDE
(D)(P)DOVENMUEHLE MORTGAGE         ROBERT ALAN BYRD                   SYNCHRONY
1 CORPORATE DRIVE SUITE 360        BYRD  WISER                        ATTN BANKRUPTCY
LAKE ZURICH IL 60047-8945          FOR KEESLER FEDERAL CREDIT UNION   PO BOX 965060
                                   PO BOX 1939                        ORLANDO  FL 32896-5060
                                   BILOXI  MS 39533-1939


TRUIST BANK                        US ATTORNEY GENERAL                US DEPARTMENT OF EDUCATION CO NELNET
ATTN BANKRUPTCY                    US DEPT OF JUSTICE                 121 SOUTH 13TH STREET
MAIL CODE VA-RVW-6290              950 PENNSYLVANIA AVENW             LINCOLN NE 68508-1904
PO BOX 85092                       WASHINGTON  DC 20530-0001
RICHMOND  VA 23286-0001


EXCLUDE
UNITED STATES TRUSTEE              (P)UPGRADE  INC                    WELLS FARGO BANK NA
501 EAST COURT STREET              2 N CENTRAL AVE                    1 HOME CAMPUS
SUITE 6 430                        10TH FLOOR                         3RD FLOOR
JACKSON  MS 39201-5022             PHOENIX AZ 85004-4422              MAC X2303-01A
                                                                      DES MOINES  IA 50328-0001


WELLS FARGO BANK  NA               WELLS FARGO BANK  NA  WELLS FARGO CARD   WFPREFERR
PO BOX 10438  MAC F823502F         SER                                ATTN BANKRUPTCY
DES MOINES  IA 50306-0438          PO BOX 10438  MAC F823502F         PO BOX 51193
                                   DES MOINES  IA  50306-0438         LOS ANGELES  CA 90051-5493


                                   EXCLUDE                            EXCLUDE
ALMA YOLANDA ISLASMEADOWS          THOMAS CARL ROLLINS JR             (P)WARREN A  CUNTZ  T1 JR
350 STATE ST                       THE ROLLINS LAW FIRM  PLLC         PO BOX 3749
BAY SAINT LOUIS  MS 39520-4434     PO BOX 13767                       GULFPORT MS 39505-3749
                                   JACKSON  MS 39236-3767


DEBTOR

WILLIAM DOUGLAS MEADOWS
350 STATE ST
BAY SAINT LOUIS  MS 39520-4434
```