# Warren A. Cuntz, Jr.
### Office of the Standing Chapter 13 Trustee
P O Box 3749 - Gulfport, MS 39505
*Tel*: (228) 831-9531 ▪ *Fax*: (228) 831-9902

_____

July 14th, 2025

**Customs Border Protection**
**Attn:  Payroll Department**
**14108 Customs Blvd**
**Gulfport MS 39503**

Re:  MEADOWS, WILLIAM
Case No.:  23-50567 KMA

Dear Sir or Maam:

Enclosed is the Amended Wage Order for the above bankruptcy case.   I have noticed that we are received semi-monthly payment amount on a bi-weekly basis.  I have provided a breakdown for Debtors current payment amount:

    Monthly  = 4,388.00
    Semi-Montly = $2,194.00
    Bi-Weekly = $2,025.00

Please feel free to call us at the above number if you have any questions.

Sincerely,
/s/ Laura Mills
Laura Mills
Staff, Chapter 13 Trustee's office

Enclosure