**Fill in this information to identify the case:**

Debtor 1  William Douglas Meadows, aka William D Meadows

Debtor 2  Alma Yolanda Islas-Meadows, aka Alma Y Islas Meadows fka Alma Yolanda Islas Urbina
(Spouse, if filing)

United States Bankruptcy Court for the:  Southern District of Mississippi
                                          State

Case number  23-50567-KMS

Official Form 410S1

# Notice of Mortgage Payment Change                                                     12/25

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.  See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** Reliance First Capital, LLC | **Court claim no.** (if known): | 17 |

**Last 4 digits** of any number you use to identify the debtor's account:  **4207**

**Date of payment change:**
Must be at least 21 days after date of this notice    **04/01/2026**

**New total payment:**
Principal, interest, and escrow, if any    **$ 2,073.54**
For HELOC payment amounts, see Part 3

## Part 1:  Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ **797.46**       New escrow payment: $ **728.04**

## Part 2:  Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate:  _____%                 New interest rate:  _____%
   Current principal and interest payment:  $ _____     New principal and interest payment:  $ _____

Official Form 410S1                      Notice of Mortgage Payment Change                      Page 1

Debtor 1   William Douglas Meadows, aka William D Meadows      Case number (if known) 23-50567-KMS
         First Name    Middle Name      Last Name

### Part 3: Annual HELOC Notice

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☒ No
☐ Yes.

| | |
|---|---|
| **Current HELOC payment:** | $ _____ |
| **Reconciliation amount:** | + $ _____  or |
| | - $ _____ |
| **Amount of next payment (including reconciliation amount)** | $ _____ |
| **Amount of the new payment thereafter (without reconciliation amount)** | $ _____ |

### Part 4: Other Payment Change

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☒ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.  *(Court approval may be required before the payment change can take effect.)*

Reason for change: _____

Current mortgage payment:  $ _____      New mortgage payment:  $ _____

### Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X /s/ Natalie Brown                     Date   02/20/26
   Signature

Print:   Natalie Brown                  Title   Attorney for Creditor
         First Name   Middle Name   Last Name

Company   Rubin Lublin, LLC

Address   3145 Avalon Ridge Place, Suite 100
          Number          Street
          Peachtree Corners, GA 30071
          City                State   ZIP Code

Contact phone (877) 813-0992            Email   nbrown@rlselaw.com

Reliance First Capital, LLC
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

ANTICIPATED ESCROW ACCOUNT DISBURSEMENTS
MORTGAGE INS         2,141.40
HAZARD INS           3,467.10
COUNTY TAX           3,017.84
Total                $8,626.34

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT
AND CHANGE OF PAYMENT NOTICE PREPARED FOR
ACCOUNT NUMBER:
ESCROW ANALYSIS DATE: 02/11/2026

NEW PAYMENT IS AS FOLLOWS:
Principal and Interest            $1,345.50
Required Escrow Payment              718.87
Shortage/Surplus Spread                9.17
Optional Coverages
Buydown or Assistance Payments
Other

William Douglas Meadows
350 State St
Bay St Louis, MS 39520-0000

Total Payment                       2,073.54
New Payment Effective Date:       04/01/2026

Reliance First Capital, LLC has completed an analysis of your escrow account, and has adjusted your mortgage payment to reflect changes in your real estate taxes or property insurance. The escrow items to be disbursed from your account over the next twelve months are itemized above.

### ESCROW ACCOUNT PROJECTION FOR THE COMING YEAR

The following estimate of activity in your escrow account from 04/2026 through 03/2027 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account balance displays the amount actually required to be on hand as specified by Federal law, State law and your mortgage documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

| MONTH | PAYMENTS TO ESCROW ACCOUNT | PAYMENTS FROM ESCROW ACCOUNT | | | | | ESCROW ACCOUNT BALANCE | |
|---|---|---|---|---|---|---|---|---|
| | | MIP/PMI | TAXES | FLOOD | HAZ. INS. | SPECIAL | PROJECTED | REQUIRED |
| STARTING BAL | | | | | | | $2,461.42 | $2,701.98 |
| APR | $718.87 | $178.45 | | | | | $3,001.84 | $3,242.40 |
| MAY | $718.87 | $178.45 | | | | | $3,542.26 | $3,782.82 |
| JUN | $718.87 | $178.45 | | | | | $4,082.68 | $4,323.24 |
| JUL | $718.87 | $178.45 | | | | | $4,623.10 | $4,863.66 |
| AUG | $718.87 | $178.45 | | | | | $5,163.52 | $5,404.08 |
| SEP | $718.87 | $178.45 | | | | | $5,703.94 | $5,944.50 |
| OCT | $718.87 | $178.45 | | | $3,467.10 | | $2,777.26 | $3,017.82 |
| NOV | $718.87 | $178.45 | | | | | $3,317.68 | $3,558.24 |
| DEC | $718.87 | $178.45 | $3,017.84 | | | | $840.26 | $1,080.82 * |
| JAN | $718.87 | $178.45 | | | | | $1,380.68 | $1,621.24 |
| FEB | $718.87 | $178.45 | | | | | $1,921.10 | $2,161.66 |
| MAR | $718.87 | $178.45 | | | | | $2,461.52 | $2,702.08 |
| Total | | $2,141.40 | $3,017.84 | | $3,467.10 | | | |

*Indicates your projected low point of $840.26.  Your required reserve balance is $1,080.82.  The difference between the projected low point and required reserve balance is $109.98.  This is your shortage.

Your escrow shortage of $109.98 has been spread over a 12-month period, which may result in an increase in your payment. You have the option to pay your Escrow Shortage Amount in a lump sum. If you choose to pay the shortage in a lump sum your new payment will be $2,064.37. You have the following payment options:

- Pay by Mail – To pay by mail please follow the instructions provided below in the Escrow Shortage Remittance Form.
- Pay Online – You may be able to pay online.
- Pay by Phone – To make a telephone payment or obtain information about free payment options, please contact us at 1-866-660-0364. Please note that when permitted by applicable law, a fee may apply for this service in the amount of $11.50. Payments can be submitted by mail or online for no additional fee, and other free payment options may also be available.

If you have questions regarding this analysis, please write our Customer Service Department at Reliance First Capital, LLC, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 or call toll free 1-866-660-0364, Monday through Friday, 8:00 am to 5:00 pm, EST.

THIS DOCUMENT IS AN ATTEMPT TO COLLECT A DEBT, AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. IF YOU ARE IN BANKRUPTCY OR HAVE BEEN DISCHARGED IN BANKRUPTCY, THIS LETTER IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT IN VIOLATION OF THE AUTOMATIC STAY OR THE DISCHARGE INJUNCTION OR AN ATTEMPT TO RECOVER ALL OR ANY PORTION OF THE DEBT FROM YOU PERSONALLY.

### ESCROW SHORTAGE REMITTANCE FORM

Name: William Douglas Meadows
Account Number:                                    Escrow Shortage Amount: $109.98

If you choose to pay your Escrow Shortage Amount in a lump sum, please include your account number on your check, and mail this coupon with your remittance within 30 days of the escrow analysis date to:
Reliance First Capital, LLC
Attn: Cashiering Department/Escrow Shortages
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047-8945

Your new payment will then be: $2,064.37.

ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - ACCOUNT HISTORY

**Account Number:** ███████   **Name:** William Douglas Meadows

This is a statement of actual activity in your escrow account from 05/2025 through 03/2026.  Last year's projections are next to the actual activity.  Your mortgage payment for the past year was $2,142.96 of which $1,345.50 was for principal and interest and $797.46 went into your escrow account.  An asterisk(*) indicates a difference from a previous estimate either in the date or the amount.  A 'Y' indicates a projected disbursement or payment.

| MONTH | PAYMENTS TO ESC. ACCT. PROJECTED | PAYMENTS TO ESC. ACCT. ACTUAL | PAYMENTS FROM ESC. ACCT. PROJECTED | PAYMENTS FROM ESC. ACCT. ACTUAL | DESCRIPTION | ESCROW BAL. PROJECTED | COMPARISON ACTUAL |
|---|---|---|---|---|---|---|---|
| STARTING BAL | | | | | | $3,223.39 | $2,230.53- |
| MAY | $720.83 | $733.96 * | $183.59 | * | FHA INS | $3,760.63 | $1,496.57- |
| MAY | | | | $183.59 * | FHA INS | $3,760.63 | $1,680.16- |
| JUN | $720.83 | * | $183.59 | * | FHA INS | $4,297.87 | $1,680.16- |
| JUN | | | | $183.59 * | FHA INS | $4,297.87 | $1,863.75- |
| JUL | $720.83 | $733.96 * | $183.59 | * | FHA INS | $4,835.11 | $1,129.79- |
| JUL | | | | $183.59 * | FHA INS | $4,835.11 | $1,313.38- |
| AUG | $720.83 | $1,467.92 * | $183.59 | * | FHA INS | $5,372.35 | $154.54 |
| AUG | | | | $183.59 * | FHA INS | $5,372.35 | $29.05- |
| SEP | $720.83 | $733.96 * | $183.59 | * | FHA INS | $5,909.59 | $704.91 |
| SEP | | | | $183.59 * | FHA INS | $5,909.59 | $521.32 |
| OCT | $720.83 | $733.96 * | $183.59 | * | FHA INS | $6,446.83 | $1,255.28 |
| OCT | | | $3,429.00 | $2,979.00 * | HOME INS | $3,017.83 | $1,723.72- |
| OCT | | | | $183.59 * | FHA INS | $3,017.83 | $1,907.31- |
| NOV | $720.83 | $4,573.92 * | $183.59 | $183.59 | FHA INS | $3,555.07 | $2,483.02 |
| DEC | $720.83 | * | $183.59 | * | FHA INS | $4,092.31 | $2,483.02 |
| DEC | | | $3,017.84 | $3,017.84 | COUNTY TAX | $1,074.47 | $534.82- |
| DEC | | | | $178.45 * | FHA INS | $1,074.47 | $713.27- |
| JAN | $720.83 | $1,594.92 * | $183.59 | * | FHA INS | $1,611.71 | $881.65 |
| JAN | | | | $178.45 * | FHA INS | $1,611.71 | $703.20 |
| JAN | | | | $3,467.10 * | HAZARD INS | $1,611.71 | $2,763.90- |
| FEB | $720.83 | $4,784.76 *Y | $183.59 | * | FHA INS | $2,148.95 | $2,020.86 |
| FEB | | | | $178.45 * | FHA INS | $2,148.95 | $1,842.41 |
| MAR | $720.83 | $797.46 *Y | $183.59 | $178.45 *Y | FHA INS | $2,686.19 | $2,461.42 |
| APR | $720.83 | * | $183.59 | * | FHA INS | $3,223.43 | $0.00 |
| Total | $8,649.96 | $16,154.82 | $8,649.92 | $11,462.87 | | | |

**OVER THIS PERIOD, AN ADDITIONAL $0.00 WAS DEPOSITED INTO YOUR ESCROW ACCOUNT FOR INTEREST ON ESCROW.**

Last year, we anticipated that payments from your escrow account would be made during this period equaling $8,649.92.  Under Federal Law, your lowest balance should not have exceeded $1,074.47 or 1/6TH of anticipated payments from the account, unless your mortgage contract or state law specified a lower amount.  Under your mortgage contract and/or state law, your lowest balance should not have exceeded $1074.47.

<u>CERTIFICATE OF SERVICE</u>

      I, Natalie Brown of Rubin Lublin, LLC certify that I caused a copy of the Notice of Payment Change to be filed in this proceeding by electronic means and to be served by depositing a copy of the same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

William Douglas Meadows, aka William D Meadows  
350 State St  
Bay Saint Louis, MS 39520

Alma Yolanda Islas-Meadows, aka Alma Y Islas Meadows fka Alma Yolanda Islas Urbina  
350 State St  
Bay Saint Louis, MS 39520

Thomas Carl Rollins, Jr, Esq.  
The Rollins Law Firm, PLLC  
PO BOX 13767  
Jackson, MS 39236

Warren A. Cuntz T1, Jr., Trustee  
P. O. Box 3749  
Gulfport, MS 39505-3749

United States Trustee  
U. S. Trustee  
501 East Court Street, Suite 6-430  
Jackson, MS 39201


Executed on <u>02/20/26</u>

By: <u>/s/ Natalie Brown</u>  
Natalie Brown  
MS State Bar No. 100802  
Rubin Lublin, LLC  
3145 Avalon Ridge Place, Suite 100  
Peachtree Corners, GA 30071  
(877) 813-0992  
nbrown@rlselaw.com  
Attorney for Creditor