B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Southern District of Mississippi

**In re: William Douglas  Meadows, Alma Yolanda  Islas-Meadows**          **Case No. 23-50567**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
Reliance First Capital

Name of Transferor:
Reliance First Capital LLC

Name and Address where notices to Transferee should be sent:

Carrington Mortgage Services, LLC
500 N. State College Blvd.
Ste 1030,1300,1400
Orange, CA 92868

Court Claim # (if known): 17-1

Amount of Claim: $307,968.83
Date Claim Filed: 06/26/2023

Phone: 800-561-4567
Last Four Digits of Acct #: 8345

Phone: 800-669-0340
Last Four Digits of Acct #: 4207

Name and Address where Transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Tawakoni Hill          Date: 04/16/2026
   Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

**UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

*In Re:*                                                                                    Case No. 23-50567
**William  Douglas    Meadows, Alma  Yolanda**
**Islas-Meadows**

                                                                                            **Chapter 13**

                    **Debtor(s)**

### CERTIFICATE OF SERVICE

        I hereby certify that on 04/16/2026, a true and correct copy of the foregoing  was served upon all interested parties pursuant to the Court's CM/ECF system.

                                                            By: /s/ Tawakoni Hill
                                                            Authorized Agent for Transferee
                                                            370 W. Las Colinas Blvd., Suite 220
                                                            Irving, TX 75039


Debtor through the Debtor's Attorney of Record          Trustee
William Douglas  Meadows                                Warren A. Cuntz T1, Jr.
350 State St                                            P. O. Box 3749
Bay Saint Louis MS 39520                                Gulfport, MS 39505-3749

Alma Yolanda  Islas-Meadows
350 State St
Bay Saint Louis MS 39520


Debtor's Counsel                                        U.S. Trustee (if applicable)
Thomas Carl Rollins, Jr                                 Office of the United States Trustee
PO BOX 13767                                            501 East Court Street Suite 6-430
Jackson, MS 39236                                       Jackson, MS 39201