United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                    Case No. 23-50567-KMS

William Douglas Meadows                                                    Chapter 13

Alma Yolanda Islas-Meadows

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 13, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+             Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Douglas Meadows, Alma Yolanda Islas-Meadows, 350 State St, Bay Saint Louis, MS 39520-4434 |
| | + | Customs Border Protection, 14108 Customs Blvd, Gulfport, MS 39503-4737 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2026              Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Natalie Kareda Brown | on behalf of Creditor Reliance First Capital  LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor William Douglas Meadows trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Alma Yolanda Islas-Meadows trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

District/off: 0538-6

User: mssbad

Page 2 of 2

Date Rcvd: May 13, 2026

Form ID: pdf012

Total Noticed: 2

nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 6

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 13, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13** |
| **WILLIAM DOUGLAS MEADOWS** | **CASE NO.:   23-50567 KMS** |
| ALMA YOLANDA ISLAS-MEADOWS | **AMENDING DKT. 68** |

**\*AMENDED\* ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES OF**
**DEBTOR, WILLIAM DOUGLAS MEADOWS (S.S.N. # XXX-XX-0019)**

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.[1] The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and §1326(a)(1)(A), that:

**Customs Border Protection**
**14108 Customs Blvd**
**Gulfport MS 39503**

is directed to deduct from Joint Debtor's wages the amended sum of **\*$4,755.00\*** per month effective with the payment due before noon on **July 31ˢᵗ, 2026**.  Payments can be mailed or made electronically through TFSBillpay.com/employer.  If mailed, please include the name, case number, made payable to:   **Warren A. Cuntz, Jr., Trustee**, and mail to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

**\*THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM BEFORE NOON ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH THEREAFTER, REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY).**

The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor(s).

**##END OF ORDER##**

---

[1]  **Payment adjusted due Order Approving Suspension of May & June 2026 payment. (DKT. 75)**