**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **William Douglas Meadows**                **Case No. 23-50567-KMS**
          **Alma Yolanda Islas-Meadows, Debtors**         **CHAPTER 13**

### <u>MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY</u>

COMES NOW, Debtors, by and through counsel, and move this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtors commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. That Debtors have put up for sale for Certain Real Property located at 350 State Street, Bay Saint Louis, Hancock County, Mississippi, 39520.  This includes the house and land that is mortgaged by Carrington Mortgage Services, LLC, and more particularly described as:

> Commencing at the northwest corner of Lot 553, First Ward, Bay St. Louis, Hancock County, Mississippi, and run South 70 degrees East along the northern right-of-way of State Street for 190 feet to the point of beginning of the land herein conveyed, said point being at the northeast corner of property of Murtagh; from said point of beginning run South 70 degrees East along the northern right-of-way of State Street for 60 feet; thence South 20 degrees West for 97 feet to an iron rod; thence North 70 degrees West for 28 feet; thence South 20 degrees West for 3 feet to a fence corner post; thence North 70 degrees West for 32 feet to an iron pipe found on the property line of Murtagh; thence North 20 degrees East for 100 feet, more or less, along the property line of Murtagh to the point of beginning; being part of Lots 550 and 551, First Ward, City of Bay St. Louis, Hancock County, Mississippi.

> And also:

> A parcel of land located in a portion of Lot 552, First Ward, City of Bay St. Louis, Hancock County, Mississippi, and being more particularly described as: Beginning at an iron pipe found at the northwest corner of said Lot 552; thence South 70 degrees 01 minutes 11 seconds East 72.36 feet to a point being the northeast corner of said Lot 552; thence South 20 degrees 00 minutes 00 seconds West 104.38 feet along the east line of said Lot 552 to

an iron pipe found; thence North 69 degrees 17 minutes 00 seconds West 72.36 feet to an iron rod found on the west line of said Lot 552; thence North 20 degrees 00 minutes 00 seconds East 103.45 feet to the point of beginning. All as per survey by James C. Booth, Jr., PLS, dated February 2, 2005.

3.  That Debtors wish to sell the property for $425,000.00.  That the loan with Carrington Mortgage Services, LLC and all other valid liens should be paid in full from the proceeds.

4.  That should any funds remain after the loan and all closing costs be paid, that debtors should retain those funds up to $75,000.00 under Miss. Code Ann. §85-3-21. Any funds in excess of the $75,000 homestead exemption should be turned over to the Trustee to apply to Debtors' bankruptcy.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Approve the Sale of Certain Real Property was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)