2019    14807
Recorded in the Above
Deed Book & Page
12-11-2019 12:09:30 PM
Timothy A Kellar
Hancock County

---

This instrument was prepared by:
Reginald Harrion, MS Bar #101053
o/b/o BC Law Firm, P.A.
10 SE CENTRAL PKWY, STE 325
STUART, FL 34994
(855) 204-0276

After Recording Mail To: 184514)
TIMIOS, INC.
5716 CORSA AVE
WESTLAKE VILLAGE, CA 91362

Timios, Inc.
4955 Steubenville Pike, Suite 305
Pittsburgh, PA 15205

Grantor's Name(s), Address & Phone:
WILLIAM DOUGLAS MEADOWS
350 STATE ST
BAY SAINT LOUIS, MS 39520

Phone No. (228) 265-0920

Grantee's Name(s), Address & Phone:
WILLIAM DOUGLAS MEADOWS
ALMA Y ISLAS-MEADOWS
350 STATE ST
BAY SAINT LOUIS, MS 39520
Phone No. (228) 265-0920

INDEXING INSTRUCTIONS: PT. LOTS 550,551, AND 552,1ST WARD, BAY ST. LOUIS, HANCOCK CO., MS

## WARRANTY DEED

FOR AND IN CONSIDERATION of the sum of Ten Dollars ($10.00), cash in hand paid, and other good and valuable considerations, the receipt and sufficiency of all of which is hereby acknowledged, the undersigned **WILLIAM DOUGLAS MEADOWS** (herein referred to as Grantor), does hereby sell, convey and warrant unto **WILLIAM DOUGLAS MEADOWS AND ALMA Y ISLAS-MEADOWS, HUSBAND AND WIFE, AS JOINT TENANTS WITH RIGHTS OF SURVIVORSHIP,** (herein referred to as Grantee), the following described property located and situated in HANCOCK County, Mississippi, to-wit:

SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

MORE COMMONLY KNOWN AS: 350 STATE ST, BAY SAINT LOUIS, MS, 39520

This conveyance is made subject to all prior mineral reservation of record pertaining to subject property. TO HAVE AND TO HOLD the property, together with the rights of appurtenances thereto belonging, unto Grantee and Grantee's heirs and assigns, forever; and Grantor does hereby bind Grantor and Grantor's successors and assigns to WARRANT AND FOREVER DEFEND the property unto Grantee and Grantee's heirs and assigns, against every person whomsoever lawfully claiming or to claim the same or any part thereof by, through or under Grantor, but not otherwise.

It is agreed and understood that the taxes for the current year have been prorated as of this date of an estimated basis. Said tax proration shall be considered final settlement with no further adjustment between Buyer and Seller after closing.

Executed and delivered by the Grantor on the ___7___ day of _October_ , 20_19_ .

_[signature]_
**WILLIAM DOUGLAS MEADOWS**

**STATE OF** _Mississippi_ )
**COUNTY OF** _Hancock_ ) SS

Personally appeared before me, the undersigned authority in and for the said county and state, on this ___7___ day of _October_ , 20_19_ , within my jurisdiction, the within named **WILLIAM DOUGLAS MEADOWS** who acknowledged that he/she/they executed and delivered the above and foregoing instrument on the above and foregoing date.

_[signature]_
Notary Public

My Commission Expires: _08/05/23_

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 148098
Michelle Carroll
Commission Expires
August 5, 2023
Harrison County

2019   14809
Deed Book & Page

## EXHIBIT "A"
### Legal Description

THE FOLLOWING DESCRIBED LAND AND PROPERTY SITUATED IN HANCOCK COUNTY, MISSISSIPPI, TO WIT:

COMMENCING AT THE NORTHWEST CORNER OF LOT 553, FIRST WARD, BAY ST. LOUIS, HANCOCK COUNTY, MISSISSIPPI, AND RUN SOUTH 70 DEGREES EAST ALONG THE NORTHERN RIGHT-OF-WAY OF STATE STREET FOR 190 FEET TO THE POINT OF BEGINNING OF THE LAND HEREIN CONVEYED, SAID POINT BEING AT THE NORTHEAST CORNER OF PROPERTY OF MURTAGH; FROM SAID POINT OF BEGINNING RUN SOUTH 70 DEGREES EAST ALONG THE NORTHERN RIGHT-OF-WAY OF STATE STREET FOR 60 FEET; THENCE SOUTH 20 DEGREES WEST FOR 97 FEET TO AN IRON ROD; THENCE NORTH 70 DEGREES WEST FOR 28 FEET; THENCE SOUTH 20 DEGREES WEST FOR 3 FEET TO A FENCE CORNER POST; THENCE NORTH 70 DEGREES WEST FOR 32 FEET TO AN IRON PIPE FOUND ON THE PROPERTY LINE OF MURTAGH; THENCE NORTH 20 DEGREES EAST FOR 100 FEET, MORE OR LESS, ALONG THE PROPERTY LINE OF MURTAGH TO THE POINT OF BEGINNING; BEING PART OF LOTS 550 AND 551, FIRST WARD, CITY OF BAY ST. LOUIS, HANCOCK COUNTY, MISSISSIPPI.
AND ALSO:

A PARCEL OF LAND LOCATED IN A PORTION OF LOT 552, FIRST WARD, CITY OF BAY ST. LOUIS, HANCOCK COUNTY, MISSISSIPPI, AND BEING MORE PARTICULARLY DESCRIBED AS:

BEGINNING AT AN IRON PIPE FOUND AT THE NORTHWEST CORNER OF SAID LOT 552; THENCE SOUTH 70 DEGREES 01 MINUTES 11 SECONDS EAST 72.36 FEET TO A POINT BEING THE NORTHEAST CORNER OF SAID LOT 552; THENCE SOUTH 20 DEGREES 00 MINUTES 00 SECONDS WEST 104.38 FEET ALONG THE EAST LINE OF SAID LOT 552 TO AN IRON PIPE FOUND; THENCE NORTH 69 DEGREES 17 MINUTES 00 SECONDS WEST 72.36 FEET TO AN IRON ROD FOUND ON THE WEST LINE OF SAID LOT 552; THENCE NORTH 20 DEGREES 00 MINUTES 00 SECONDS EAST 103.45 FEET TO THE POINT OF BEGINNING. ALL AS PER SURVEY BY JAMES C. BOOTH, JR. PLS, DATED FEBRUARY 2, 2005.

INDEXING INSTRUCTIONS: PT. LOTS 550,551, AND 552,1ST WARD, BAY ST. LOUIS, HANCOCK CO., MS.

**BEING THE SAME PROPERTY CONVEYED TO WILLIAM DOUGLAS MEADOWS BY DEED FROM ELFREN S. ACOSTA AND JENNIFER L. ACOSTA RECORDED 10/10/2014 IN DEED BOOK 2014 PAGE 10247, IN THE OFFICE OF THE CHANCERY CLERK OF HANCOCK COUNTY, MISSISSIPPI.**

Hancock County
I certify this instrument was filed on
12-11-2019 12:09:30 PM
and recorded in Deed Book
2019 at Pages 14807 - 14809
Timothy A Kellar

# *** Certified Copy Page ***

I, Tiffany L Cowman, Chancery Clerk, do hereby certify that the foregoing is a FULL, TRUE and CORRECT copy of the Instruments(s) herewith set out as same appears of record in: Deed BOOK - 2019,  AT PAGE - 14807  in said court.

Witness my hand and seal this 19 Day of May, 2026.

Tiffany L Cowman
Chancery Clerk
Hancock County, MS
DC:

Printed:  05-19-2026 12:34:07 PM

Optical file reference:  D39D7.7E3