**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**    **William Douglas Meadows**                 **Case No. 23-50567-KMS**
          **Alma Yolanda Islas-Meadows, Debtors**           **CHAPTER 13**

**<u>ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY</u>**

ON THIS DATE the Court considered the Motion to Approve the Sale of Certain Real Property (Dk # ___) and no objection to the motion was timely filed by any party. It is therefore,

**ORDERED** and **ADJUDGED** that the sale of Debtors' Real Property is approved. Debtors are allowed to sell certain real property, located at 350 State Street, Bay Saint Louis, Hancock County, Mississippi, 39520, and more particularly described as:

> Commencing at the northwest corner of Lot 553, First Ward, Bay St. Louis, Hancock County, Mississippi, and run South 70 degrees East along the northern right-of-way of State Street for 190 feet to the point of beginning of the land herein conveyed, said point being at the northeast corner of property of Murtagh; from said point of beginning run South 70 degrees East along the northern right-of-way of State Street for 60 feet; thence South 20 degrees West for 97 feet to an iron rod; thence North 70 degrees West for 28 feet; thence South 20 degrees West for 3 feet to a fence corner post; thence North 70 degrees West for 32 feet to an iron pipe found on the property line of Murtagh; thence North 20 degrees East for 100 feet, more or less, along the property line of Murtagh to the point of beginning; being part of Lots 550 and 551, First Ward, City of Bay St. Louis, Hancock County, Mississippi.

> And also:

A parcel of land located in a portion of Lot 552, First Ward, City of Bay St. Louis, Hancock County, Mississippi, and being more particularly described as: Beginning at an iron pipe found at the northwest corner of said Lot 552; thence South 70 degrees 01 minutes 11 seconds East 72.36 feet to a point being the northeast corner of said Lot 552; thence South 20 degrees 00 minutes 00 seconds West 104.38 feet along the east line of said Lot 552 to an iron pipe found; thence North 69 degrees 17 minutes 00 seconds West 72.36 feet to an iron rod found on the west line of said Lot 552; thence North 20 degrees 00 minutes 00 seconds East 103.45 feet to the point of beginning. All as per survey by James C. Booth, Jr., PLS, dated February 2, 2005.

The mortgage lien of Carrington Mortgage Services, LLC and all other valid liens shall be paid in full from the proceeds.  The Settlement Agent shall disburse to the Debtors sales proceeds up to $75,000.00 after all closing costs, mortgages, and liens are paid. If any funds still exist over the homestead exemption of $75,000, Settlement Agent shall turn the funds over to the Trustee for disbursement in Debtors' bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533