**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **William Douglas Meadows**                          Case No. 23-50567-KMS
         **Alma Yolanda Islas-Meadows, Debtors**                    CHAPTER 13

### NOTICE

Debtors have filed papers with the court to approve the sale of certain real property. **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtors' attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: May 26, 2026               Signature:   /s/ Thomas C. Rollins, Jr.
                                             Thomas C. Rollins, Jr. (MSBN 103469)
                                             Jennifer A Curry Calvillo (MSBN 104367)
                                             The Rollins Law Firm, PLLC
                                             PO Box 13767
                                             Jackson, MS 39236
                                             601-500-5533
                                             trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **William Douglas Meadows**                          **Case No. 23-50567-KMS**
        **Alma Yolanda Islas-Meadows, Debtors**                 **CHAPTER 13**

## MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY

COMES NOW, Debtors, by and through counsel, and move this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtors commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. That Debtors have put up for sale for Certain Real Property located at 350 State Street, Bay Saint Louis, Hancock County, Mississippi, 39520.  This includes the house and land that is mortgaged by Carrington Mortgage Services, LLC, and more particularly described as:

> Commencing at the northwest corner of Lot 553, First Ward, Bay St. Louis, Hancock County, Mississippi, and run South 70 degrees East along the northern right-of-way of State Street for 190 feet to the point of beginning of the land herein conveyed, said point being at the northeast corner of property of Murtagh; from said point of beginning run South 70 degrees East along the northern right-of-way of State Street for 60 feet; thence South 20 degrees West for 97 feet to an iron rod; thence North 70 degrees West for 28 feet; thence South 20 degrees West for 3 feet to a fence corner post; thence North 70 degrees West for 32 feet to an iron pipe found on the property line of Murtagh; thence North 20 degrees East for 100 feet, more or less, along the property line of Murtagh to the point of beginning; being part of Lots 550 and 551, First Ward, City of Bay St. Louis, Hancock County, Mississippi.

> And also:

> A parcel of land located in a portion of Lot 552, First Ward, City of Bay St. Louis, Hancock County, Mississippi, and being more particularly described as: Beginning at an iron pipe found at the northwest corner of said Lot 552; thence South 70 degrees 01 minutes 11 seconds East 72.36 feet to a point being the northeast corner of said Lot 552; thence South 20 degrees 00 minutes 00 seconds West 104.38 feet along the east line of said Lot 552 to

an iron pipe found; thence North 69 degrees 17 minutes 00 seconds West 72.36 feet to an iron rod found on the west line of said Lot 552; thence North 20 degrees 00 minutes 00 seconds East 103.45 feet to the point of beginning. All as per survey by James C. Booth, Jr., PLS, dated February 2, 2005.

3. That Debtors wish to sell the property for $425,000.00.  That the loan with Carrington Mortgage Services, LLC and all other valid liens should be paid in full from the proceeds.

4. That should any funds remain after the loan and all closing costs be paid, that debtors should retain those funds up to $75,000.00 under Miss. Code Ann. §85-3-21. Any funds in excess of the $75,000 homestead exemption should be turned over to the Trustee to apply to Debtors' bankruptcy.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion to Approve the Sale of Certain Real Property was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WILLIAM DOUGLAS MEADOWS
ALMA YOLANDA ISLAS MEADOWS

CASE NO: 23-50567-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 5/26/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Approve Sale

Contract

Warranty Deed

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/26/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

WILLIAM DOUGLAS MEADOWS
ALMA YOLANDA ISLAS MEADOWS

CASE NO: 23-50567-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 5/26/2026, a copy of the following documents, described below,

Notice and Motion to Approve Sale

Contract

Warranty Deed

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/26/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-50567-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
TUE MAY 26 10-43-34 PST 2026

KEESLER FEDERAL CREDIT UNION
CO ROBERT ALAN BYRD
PO BOX 1939
BILOXI  MS 39533-1939

PRA  RECEIVABLES MANAGEMENT LLC
POB 41067
NORFOLK  VA 23541-1067

EXCLUDE

(U)RELIANCE FIRST CAPITAL  LLC

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501 2036

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMEX
PO BOX 981540
EL PASO  TX 79998-1540

CHASE CARD SERVICES
ATTN BANKRUPTCY
PO 15298
WILMINGTON  DE 19850-5298

CITIBANKBEST BUY
ATTN BANKRUPTCY
PO BOX 790034
ST LOUIS  MO 63179-0034

COMENITY BANKPIER 1
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

COMENITY CAPITALGEM
ATTN BANKRUPTCY
PO BOX 182125
COLUMBUS  OH 43218-2125

DEPARTMENT OF TREASURY  INTERNAL REVENUE SE
PO BOX 7346
PHILADELPHIA  PA 19101-7346

(P)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

GOLDMAN SACHS BANK USA
ATTN BANKRUPTCY
PO BOX 70379
PHILADELPHIA  PA 19176-0379

GREAT LAKES
PO BOX 7860
MADISON  WI 53707-7860

(P)HANCOCK WHITNEY BANK
ATTN ANNE JAMES
2510 14TH STREET 2ND FLOOR
GULFPORT MS 39501-1948

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

JPMORGAN CHASE BANK  NA
SBMT CHASE BANK USA  NA
JPMC CO NATIONAL BANKRUPTCY SERVICES  L
PO BOX 9013
ADDISON  TEXAS 75001-9013

JPMORGAN CHASE BANK  NA SBMT CHASE BANK
ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  PA
6409 CONGRESS AVENUE  SUITE 100
BOCA RATON  FL 33487-2853

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI  MS 39534-7001

(P)LENDINGPOINT
1201 ROBERTS BLVD
SUITE 200
KENNESAW GA 30144-3612

LIGHTSTREAM  A DIVISION OF TRUIST BANK
PO BOX 1847
WILSON  NC 27894-1847

MIDLAND CREDIT MANAGEMENT  INC
PO BOX 2037
WARREN  MI 48090-2037

MISSISSIPPI DEPARTMENT OF REVENUE
BANKRUPTCY SECTION
POST OFFICE BOX 22808
JACKSON  MS 39225-2808

NATALIE BROWN  ESQ
RUBIN LUBLIN  LLC
FOR RELIANCE FIRST CAPITAL  LLC
428 NORTH LAMAR BLVD  SUITE 107
OXFORD  MS 38655-3221

NETCREDIT
175 W JACKSON BLVD
SUITE 1000
CHICAGO  IL 60604-2863

OCHSNER HEALTH SYSTEM
PO BOX 190
LA PORTE  IN 46352-0190

ONEMAIN FINANCIAL
ATTN BANKRUPTCY
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN FINANCIAL GROUP  LLC
ONEMAIN
PO BOX 3251
EVANSVILLE  IN 47731-3251

PRA RECEIVABLES MANAGEMENT  LLC AS AGENT OF
PORTFOLIO RECOVERY ASSOCIATES  LLC
PO BOX 41067
NORFOLK  VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY CAPITAL BANK
PO BOX 788
KIRKLAND  WA  98083-0788

QUANTUM3 GROUP LLC AS AGENT FOR
SADINO FUNDING LLC
PO BOX 788
KIRKLAND  WA  98083-0788

EXCLUDE

RELIANCE FIRST CAPITAL
500 N STATE COLLEGE BLVD
SUITES 1030  1300 AND 1400
ORANGE  CA 92868-1604

(D)(P)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

ROBERT ALAN BYRD
BYRD  WISER
FOR KEESLER FEDERAL CREDIT UNION
PO BOX 1939
BILOXI  MS 39533-1939

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 965060
ORLANDO  FL 32896-5060

TRUIST BANK
ATTN BANKRUPTCY
MAIL CODE VA-RVW-6290
PO BOX 85092
RICHMOND  VA 23286-0001

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

EXCLUDE

US DEPARTMENT OF EDUCATION CO NELNET
121 SOUTH 13TH STREET
LINCOLN NE 68508-1911

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

(P)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

WELLS FARGO BANK NA
1 HOME CAMPUS
3RD FLOOR
MAC X2303-01A
DES MOINES  IA 50328-0001

WELLS FARGO BANK  NA
PO BOX 10438  MAC F823502F
DES MOINES  IA 50306-0438

WELLS FARGO BANK  NA  WELLS FARGO CARD SER
PO BOX 10438  MAC F823502F
DES MOINES  IA  50306-0438

EXCLUDE

WFPREFERR
ATTN BANKRUPTCY
PO BOX 51193
LOS ANGELES  CA 90051-5493

ALMA YOLANDA ISLASMEADOWS
350 STATE ST
BAY SAINT LOUIS  MS 39520-4434

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767

EXCLUDE

(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749

DEBTOR

WILLIAM DOUGLAS MEADOWS
350 STATE ST
BAY SAINT LOUIS  MS 39520-4434