United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                                          Case No. 23-50567-KMS

William Douglas Meadows                                                            Chapter 13

Alma Yolanda Islas-Meadows
    Debtors

## CERTIFICATE OF NOTICE

District/off: 0538-6                              User: mssbad                                   Page 1 of 2

Date Rcvd: Jun 29, 2026                     Form ID: pdf012                            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

**Recip ID**                      **Recipient Name and Address**
db/jdb                      +  William Douglas Meadows, Alma Yolanda Islas-Meadows, 350 State St, Bay Saint Louis, MS 39520-4434

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

**Name**                          **Email Address**

Natalie Kareda Brown
    on behalf of Creditor Reliance First Capital  LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com

Robert Alan Byrd
    on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com  wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com

Thomas Carl Rollins, Jr
    on behalf of Debtor William Douglas Meadows trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
    on behalf of Joint Debtor Alma Yolanda Islas-Meadows trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

District/off: 0538-6                     User: mssbad                              Page 2 of 2
Date Rcvd: Jun 29, 2026                  Form ID: pdf012                           Total Noticed: 1

United States Trustee
                        USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
                        wcuntzcourt@gport13.com  waccourt1@gmail.com


TOTAL: 6

_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**  **William Douglas Meadows**                          **Case No. 23-50567-KMS**
          **Alma Yolanda Islas-Meadows, Debtors**             **CHAPTER 13**

### ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY

ON THIS DATE the Court considered the Motion to Approve the Sale of Certain Real Property (Dk #  79 ) and no objection to the motion was timely filed by any party. It is therefore,

**ORDERED** and **ADJUDGED** that the sale of Debtors' Real Property is approved. Debtors are allowed to sell certain real property, located at 350 State Street, Bay Saint Louis, Hancock County, Mississippi, 39520, and more particularly described as:

> Commencing at the northwest corner of Lot 553, First Ward, Bay St. Louis, Hancock County, Mississippi, and run South 70 degrees East along the northern right-of-way of State Street for 190 feet to the point of beginning of the land herein conveyed, said point being at the northeast corner of property of Murtagh; from said point of beginning run South 70 degrees East along the northern right-of-way of State Street for 60 feet; thence South 20 degrees West for 97 feet to an iron rod; thence North 70 degrees West for 28 feet; thence South 20 degrees West for 3 feet to a fence corner post; thence North 70 degrees West for 32 feet to an iron pipe found on the property line of Murtagh; thence North 20 degrees East for 100 feet, more or less, along the property line of Murtagh to the point of beginning; being part of Lots 550 and 551, First Ward, City of Bay St. Louis, Hancock County, Mississippi.

> And also:

A parcel of land located in a portion of Lot 552, First Ward, City of Bay St. Louis, Hancock County, Mississippi, and being more particularly described as: Beginning at an iron pipe found at the northwest corner of said Lot 552; thence South 70 degrees 01 minutes 11 seconds East 72.36 feet to a point being the northeast corner of said Lot 552; thence South 20 degrees 00 minutes 00 seconds West 104.38 feet along the east line of said Lot 552 to an iron pipe found; thence North 69 degrees 17 minutes 00 seconds West 72.36 feet to an iron rod found on the west line of said Lot 552; thence North 20 degrees 00 minutes 00 seconds East 103.45 feet to the point of beginning. All as per survey by James C. Booth, Jr., PLS, dated February 2, 2005.

The mortgage lien of Carrington Mortgage Services, LLC and all other valid liens shall be paid in full from the proceeds. The Settlement Agent shall disburse to the Debtors sales proceeds up to $75,000.00 after all closing costs, mortgages, and liens are paid. If any funds still exist over the homestead exemption of $75,000, Settlement Agent shall turn the funds over to the Trustee for disbursement in Debtors' bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533