## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

IN RE:  WILLIAM DOUGLAS MEADOWS and     **CHAPTER 13**
        ALMA YOLANDA ISLAS-MEADOWS     **Case No. 23-50567-KMS**

### NOTICE OF MOTION TO MODIFY CHAPTER 13 PLAN

PLEASE TAKE NOTICE that a written objection to the below Motion to Modify Chapter 13 Plan must be filed with the U.S. Bankruptcy Court Clerk's Office, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, within thirty (30) days of the date of this notice. If an objection is timely filed, the Court will schedule a hearing. Failure to file an objection within the thirty (30) day period may result in the relief requested by the Motion being granted by default.

Respectfully submitted,

/s/     Phillip Brent Dunnaway
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

### MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW the Chapter 13 Trustee, by and through undersigned counsel, and files this Motion to Modify Chapter 13 Plan, pursuant to 11 U.S.C. § 1329, and in support hereof, would show unto this Honorable Court the following, to-wit:

**1.**

This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

**2.**

The Trustee holds $51,218.92 in non-exempt proceeds resulting from the sale of Debtors' home as approved by Court Order Dkt. 81.

**3.**

The Trustee moves to modify Debtors' plan to provide that the $51,218.92 be distributed and/or applied as follows:

    a.  $  3,329.23 to be applied to trusteeship administrative expense;

    b.  $  3,310.24 to be disbursed to the IRS to satisfy the remaining balance owed on priority claim no. 5;

    c.  $   420.00 to be disbursed to the Mississippi Department of Revenue to satisfy the remaining balance owed on priority claim no. 21;

1

    d. $1,779.83 to Debtors' attorney, T.C. Rollins, to satisfy the existing balances for attorneys fees presently owed;

    e. all remaining funds to be disbursed pro rata to timely filed and allowed non-priority general unsecured claimholders.

WHEREFORE, PREMISES CONSIDERED the Trustee prays that this Motion to Modify be received and filed and that an order be entered modifying Debtors' plan in accordance herewith, and prays for such other and further relief to which the Trustee may be entitled.

Respectfully submitted,

/s/    Phillip Brent Dunnaway
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

## CERTIFICATE OF SERVICE

I, PHILLIP BRENT DUNNAWAY, Attorney for the Chapter 13 Trustee, do hereby certify that I have served electronically, a true and correct copy of the above Notice and Motion to Modify Chapter 13 Plan to:

Kevin Epstein, Esq., United States Trustee    USTPRegion05.JA.ECF@usdoj.gov

T.C. Rollins, Esq., Attorney for Debtors    trollins@therollinsfirm.com

and to all other parties in interest on Court matrix – attached Exhibit "A".

DATED, this the 22nd day of July 2026.

/s/    Phillip Brent Dunnaway
PHILLIP BRENT DUNNAWAY
MS Bar No. 100443

Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749
Gulfport, MS 39505
Tel: (228) 831-9531

2

Label Matrix for local noticing
0538-6
Case 23-50567-KMS
Southern District of Mississippi
Gulfport-6 Divisional Office
Wed Jul 22 09:32:46 CDT 2026

Keesler Federal Credit Union
c/o Robert Alan Byrd
P.O. Box 1939
Biloxi, MS 39533-1939

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501-2036

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

Amex
Po Box 981540
El Paso, TX 79998-1540

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850-5298

Citibank/Best Buy
Attn: Bankruptcy
P.O. Box 790034
St Louis, MO 63179-0034

Comenity Bank/Pier 1
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenity Capital/Gem
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Department of Treasury - Internal Revenue Se
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)DOVENMUEHLE MORTGAGE
1 CORPORATE DRIVE SUITE 360
LAKE ZURICH IL 60047-8945

Goldman Sachs Bank USA
Attn: Bankruptcy
Po Box 70379
Philadelphia, PA 19176-0379

Great Lakes
PO Box 7860
Madison, WI 53707-7860

(p)HANCOCK WHITNEY BANK
ATTN ANNE JAMES
2510 14TH STREET 2ND FLOOR
GULFPORT MS 39501-1948

Internal Revenue Servi
c/o US Attorney
501 East Court St
Ste 4.430
Jackson, MS 39201-5025

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
JPMC c/o National Bankruptcy Services, L
P.O. Box 9013
Addison, Texas 75001-9013

JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank
Robertson, Anschutz, Schneid, Crane & Pa
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

Keesler Federal Credit Union
P.O. Box 7001
Biloxi, MS 39534-7001

(p)LENDINGPOINT
1201 ROBERTS BLVD
SUITE 200
KENNESAW GA 30144-3612

LightStream, a division of Truist Bank
PO Box 1847
Wilson, NC 27894-1847

Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090-2037

Mississippi Department of Revenue
Bankruptcy Section
Post Office Box 22808
Jackson, MS 39225-2808

Natalie Brown, Esq.
Rubin Lublin, LLC
For reliance First Capital, LLC
428 North Lamar Blvd, Suite 107
Oxford, MS 38655-3221

NetCredit
175 W Jackson Blvd
Suite 1000
Chicago, IL 60604-2863

Ochsner Health System
P.O. Box 190
La Porte, IN 46352-0190

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731-3251

OneMain Financial Group, LLC
OneMain
PO Box 3251
Evansville, IN 47731-3251

PRA Receivables Management, LLC as agent of
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-1067

**EXHIBIT**

**A**

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Reliance First Capital
500 N. State College Blvd
Suites 1030, 1300 and 1400
Orange, CA 92868-1604


Robert Alan Byrd
Byrd & Wiser
For Keesler Federal Credit Union
P.O. Box 1939
Biloxi, MS 39533-1939

Synchrony
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Truist Bank
Attn: Bankruptcy
Mail Code VA-RVW-6290
P.O. Box 85092
Richmond, VA 23286-0001


US Attorney General
US Dept of Justice
950 Pennsylvania AveNW
Washington, DC 20530-0001

US DEPARTMENT OF EDUCATION C/O NELNET
121 SOUTH 13TH STREET
LINCOLN NE 68508-1911

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5022


(p)UPGRADE  INC
2 N CENTRAL AVE
10TH FLOOR
PHOENIX AZ 85004-4422

Wells Fargo Bank NA
1 Home Campus
3rd Floor
Mac X2303-01a
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438


Wells Fargo Bank, N.A., Wells Fargo Card Ser
PO Box 10438, MAC F8235-02F
Des Moines, IA  50306-0438

Wf/preferr
Attn: Bankruptcy
Po Box 51193
Los Angeles, CA 90051-5493

Alma Yolanda Islas-Meadows
350 State St
Bay Saint Louis, MS 39520-4434


Thomas Carl Rollins Jr
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236-3767

(p)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749

William Douglas Meadows
350 State St
Bay Saint Louis, MS 39520-4434


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Dovenmuehle/reliance F
1 Corporate Dr
Lake Zurich, IL 60047

Hancock Bank
P.O. Box 4019
Gulfport, MS 39502

Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud MN 56302-9617


LendingPoint LLC.
Attn: Bankruptcy
1201 Roberts Blvd
Suite 200
Kennesaw, GA 30144

(d)Reliance First Capital, LLC
1 Corporate Drive, Ste 360
Lake Zurich, IL 60047

Upgrade, Inc.
Attn: Bankruptcy
275 Battery Street
23rd Floor
San Francisco, CA 94111

Warren A. Cuntz T1 Jr.
P. O. Box 3749
Gulfport, MS 39505-3749