**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 31, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: WILLIAM DOUGLAS MEADOWS and ALMA YOLANDA ISLAS-MEADOWS**

**CHAPTER 13**
**Case No. 23-50567-KMS**

**ORDER MODIFYING CHAPTER 13 PLAN**

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Modify Chapter 13 Plan (Dkt. 83), and the Court finding that notice issued, yet no opposition to the Motion was timely filed, is of the opinion that said Motion is well taken and orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion to Modify Plan (Dkt. 83) is hereby granted and the $51,218.92 in non-exempt sale proceeds held by the Trustee shall be distributed and/or applied to the plan as follows:

a. $ 3,329.23 to be applied to trusteeship administrative expense;
b. $ 3,310.24 to the IRS to satisfy the remaining balance owed on priority claim no. 5;
c. $ 420.00 to the Mississippi Department of Revenue to satisfy the remaining balance owed on priority claim no. 21;
d. $ 1,779.83 to Debtors' attorney, T.C. Rollins, to satisfy the existing balances for attorneys fees presently owed;
e. all remaining funds to be disbursed pro rata to timely filed and allowed non-priority general unsecured claimholders.

##END OF ORDER##

Prepared by:
Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749, Gulfport, MS 39505