United States Bankruptcy Court
Southern District of Mississippi

In re:
William Douglas Meadows
Alma Yolanda Islas-Meadows
Debtors

Case No. 23-50567-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6
Date Rcvd: Aug 31, 2026

User: mssbad
Form ID: pdf012

Page 1 of 2
Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Douglas Meadows, Alma Yolanda Islas-Meadows, 21088 Pineville Road, Long Beach, MS 39560-3117 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5220755 | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 31 2026 20:33:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5368046 | Email/Text: BANKRUPTCY@DOR.MS.GOV | Aug 31 2026 20:33:00 | Mississippi Department of Revenue, Bankruptcy Section, Post Office Box 22808, Jackson, MS 39225-2808 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Natalie Kareda Brown | on behalf of Creditor Reliance First Capital LLC nbrown@rlselaw.com, lcaplan@rlselaw.com;akhosla@rlselaw.com;ruluecf@gmail.com;BKRL@ecf.courtdrive.com;cperry@rlselaw.com |

| | |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrd-wiser.com wrs@byrd-wiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor William Douglas Meadows trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Alma Yolanda Islas-Meadows trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 7

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 31, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**IN RE: WILLIAM DOUGLAS MEADOWS and ALMA YOLANDA ISLAS-MEADOWS**

**CHAPTER 13**
**Case No. 23-50567-KMS**

**ORDER MODIFYING CHAPTER 13 PLAN**

THIS MATTER came on for consideration of the Chapter 13 Trustee's Motion to Modify Chapter 13 Plan (Dkt. 83), and the Court finding that notice issued, yet no opposition to the Motion was timely filed, is of the opinion that said Motion is well taken and orders as follows:

IT IS THEREFORE ORDERED that the Trustee's Motion to Modify Plan (Dkt. 83) is hereby granted and the $51,218.92 in non-exempt sale proceeds held by the Trustee shall be distributed and/or applied to the plan as follows:

a. $ 3,329.23 to be applied to trusteeship administrative expense;

b. $ 3,310.24 to the IRS to satisfy the remaining balance owed on priority claim no. 5;

c. $ 420.00 to the Mississippi Department of Revenue to satisfy the remaining balance owed on priority claim no. 21;

d. $ 1,779.83 to Debtors' attorney, T.C. Rollins, to satisfy the existing balances for attorneys fees presently owed;

e. all remaining funds to be disbursed pro rata to timely filed and allowed non-priority general unsecured claimholders.

##END OF ORDER##

Prepared by:
Phillip Brent Dunnaway, Esq.
Attorney for Chapter 13 Trustee
P.O. Box 3749, Gulfport, MS 39505